# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ 0571                                           Purchased/Filed: January 23, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Fund., et ano                    Plaintiff

against

Rogan Brothers Sanitaion, Inc.                                                                     Defendant

---

STATE OF NEW YORK         SS.:
COUNTY OF ALBANY

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on January 30, 2008, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action Rule 7.1 and Complaint on

Rogan Brothers Sanitaion, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: 38   Approx. Wt: 145   Approx. Ht: 5'5"
Color of skin: White   Hair color: Blonde   Sex: F   Other:

Sworn to before me on this
5th day of February, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0800958

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179